# United States Court of Appeals for the Federal Circuit

August 23, 2006

ERRATA

Appeal No. 05-1445

FUJI PHOTO FILM CO., LTD. V. BENUN

Decided:  August 23, 2006                    Precedential Opinion

Please make the following change:

   Page 2 line 9 change 38 U.S.C. to 28 U.S.C.